IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMALGAMATED BANK,<br><br>                Plaintiff,<br><br>v.<br><br>SAMIR BONOMO, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 13-0936 |

### ORDER

**AND NOW**, this 21st day of August 2014, upon consideration of Plaintiff's Motion for Sanctions (Doc. No. 20), Defendants' Response (Doc. No. 26), Plaintiff's Reply (Doc. No. 28), and the arguments of counsel at the March 5, 2014 hearing, it is **ORDERED** that Plaintiff's Motion for Sanctions (Doc. No. 20) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.